TAMI D. COWDEN
Nevada Bar No. 8994
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: cowdent@gtlaw.com
*Attorneys for Defendant*
*Bank of America*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DAYNA SPANN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA,<br><br>　　　　　Defendants | CASE NO.: 2-23-cv-00116-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[First Request] |

　　　　Plaintiff Dayna Spann ("Plaintiff") *pro se* and Defendant Bank of America ("BOA"), by and through its counsel, Tami D. Cowden, Esq., hereby stipulate to an extension of BOA's deadline to respond to the Complaint, filed on January 23, 2023 and served on January 24, 2023 (ECF 1) up to and including March 6, 2023.

　　　　WHEREAS, Plaintiff filed the Complaint on January 23, 2023;

　　　　WHEREAS, Plaintiff served the Complaint on BOA on January 24, 2023;

　　　　WHEREAS, counsel for Plaintiff and counsel for BOA on have been in communication regarding the time for BOA to respond to the Complaint and BOA on has requested additional time to review and evaluate the claims as local counsel was obtained on as of February 7, 2023;

　　　　WHEREAS, an extension of BOA's response deadline to the Complaint will not impact any other deadlines before the Court;

　　　　WHEREAS, no party will be prejudiced by an extension of BOA's time to respond to the Complaint;

WHEREFORE, IT IS HEREBY STIPULATED between Plaintiff and BOA that:

BOA's deadline to file an answer or otherwise respond to the Complaint is extended up to and including March 6, 2023.

This stipulation is made in good faith to allow BOA time to evaluate the claims asserted and is not for the purpose of causing any undue delay.

**IT IS SO STIPULATED.**

DATED this 9th day of February, 2023.

**GREENBERG TAURIG, LLP**

/s/ Tami D. Cowden
_____
TAMI D. COWDEN
Nevada Bar No. 8994
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorneys for Defendant Bank of America*

DATED this 9th day of February, 2023.

By:
*Spann; Dayna-Marie/Agent*
_____
DAYNA SPANN   w/o Recourse
*Pro Se Plaintiff*
3936 Juanita May Avenue
North Las Vegas, NV 89032
Dspann2109@outlook.com

## ORDER

In consideration of the stipulation by the parties, and with cause appearing,

IT IS HEREBY ORDERED that BOA's deadline to respond to the Complaint, filed in the above referenced matter is extended up to and including March 6, 2023.

DATED this 10th day of February, 2023.

_____
United States Magistrate Judge