**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAYNA SPANN,

    Plaintiff(s),

v.

BANK OF AMERICA,

    Defendant(s).

Case No. 2:23-cv-00116-JAD-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  To the extent Defendant seeks to stay discovery pending resolution of its motion to dismiss, it must file a motion addressing the pertinent standards by April 28, 2023.  *See Kor Media Grp., LLC v. Green*, 294 F.R.D 579 (D. Nev. 2013).  If a motion to stay discovery is filed by that date, discovery will be stayed on an interim basis pending resolution of that request.  If a motion to stay discovery is not filed by that date, the parties must file a joint discovery plan by May 5, 2023.

    IT IS SO ORDERED.

    Dated: April 21, 2023

                                                          _____

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge