# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAYNA SPANN,<br><br>  Plaintiff(s),<br><br>v.<br><br>BANK OF AMERICA,<br><br>  Defendant(s). | Case No. 2:23-cv-00116-JAD-NJK<br><br>**Order**<br><br>[Docket No. 17] |

Pending before the Court is Defendant's motion to stay discovery pending resolution of its motion to dismiss. Docket No. 17; *see also* Docket No. 8 (motion to dismiss). Plaintiff filed a response in opposition. Docket No. 20; *see also* Docket No. 18. In assessing the circumstances and the governing standards, *see, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.

Accordingly, Defendant's motion to stay discovery is **GRANTED**. If the resolution of the motion to dismiss does not result in the termination of this case, an amended discovery plan must be filed within 14 days of the order resolving the motion to dismiss.

IT IS SO ORDERED.

Dated: June 1, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1